Juge Paul A. Magnuson
Magistrate Judge Jonathan G. Lebedoff

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Leigh E. Johnson, by and through her parents, Cynthia M. Johnson and David S. Johnson,

Plaintiffs,

vs.

Fridley Public Schools, Independent School District No. 14, the Fridley Board of Education, Greg Rosholt, Chair, and MaryAnn Nelson, Superintendent, in their representative capacities,

Defendants.

**STIPULATION FOR EXTENSION OF TIME TO ANSWER AND ORDER**

Court File No. 01-CV-1219

PAM/JGL

WHEREAS, personnel of Fridley Public Schools with information necessary to prepare an Answer to the Complaint in the above-entitled matter have been unavailable due to summer vacation schedules;

IT IS HEREBY STIPULATED AND AGREED between the parties, through their respective counsel, that the Court may enter an Order permitting a seven (7) day extension of time for the Defendants to answer the Complaint.

CENTER FOR EDUCATION LAW

By [signature]
Amy J. Goetz (#214711)
Attorneys for Plaintiffs
607 Grand Avenue
Suite 200
St. Paul, MN 55102
(651) 222-8611

DATED: July 25, 2001

JUL 26 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________
Susan E. Torgerson (19976X)
Roseann T. Schreifels (257278)
Attorneys for Defendants
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7951

DATED: July 24, 2001

**ORDER**

Pursuant to the foregoing Stipulation, the timeline for the Defendants' Answer in the above-entitled matter is hereby extended by seven (7) days.

**IT IS SO ORDERED**.

BY THE COURT

DATED: ______________, 2001

______________________
Magistrate Judge Jonathan G. Lebedoff

708990-1